Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Plaintiff
ALOHA FREIGHT FORWARDERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOHA FREIGHT FORWARDERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT BUILDING MATERIALS INC., a California corporation; SUMMIT BUILDING MATERIALS, a business entity, form unknown; BYRON PRIESTLEY, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  CV08-04672 GAF (SSX)<br><br>DEFAULT JUDGMENT BY CLERK (PROPOSED)<br><br>(F.R.C.P. Rule 55[b][1] and L.R. 55-1) |

Defendants Summit Building Materials, Inc., Summit Building Materials and Byron Priestley, having been served with summons and copy of complaint, having failed to answer the complaint of plaintiff Aloha Freight Forwarders, Inc. within the time allowed by law and default of said defendants having been entered on August 19, 2008, plaintiff applies to the Clerk of the Court for judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Rule 55-1:

///

1

DEFAULT JUDGMENT BY CLERK (PROPOSED)

Declaration of Kathleen C. Jeffries having been received in evidence.

The Clerk of the Court, after having considered the evidence, orders the following judgment:

On the complaint, plaintiff shall recover from defendants Summit Building Materials, Inc., a California corporation, Summit Building Materials, a business entity, form unknown, and Byron Priestley, an individual, jointly and severally, the sum of $5,744.41, with damages in the principal sum of $4,500.95, $143.67 prejudgment interest, costs as provided by law in the sum of $449.69, and $650.10 in attorneys' fees pursuant to Local Rule 55-3.

Dated: 9/5/08

_____
Clerk, United States District Court

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On, September 4, 2008, I served the foregoing document described as **DEFAULT JUDGMENT BY CLERK (PROPOSED)** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

> Byron Priestley
> 620 Reyes Drive
> City of Industry, California 91789
>
> Summit Building Materials, Inc.
> 620 Reyes Drive
> City of Industry, California 91789
>
> Summit Building Materials
> 620 Reyes Drive
> City of Industry, California 91789

√ **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2008, at Pasadena, California.

> /S/
> Michelle Lazo

3

DEFAULT JUDGMENT BY CLERK (PROPOSED)